NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1217

ALMENTHIA JOHNSON

VERSUS

ALLEN CANNING COMPANY

************

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT,
PARISH OF AVOYELLES, NO. 2004-6097,
HONORABLE WILLIAM J. BENNETT, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of John D. Saunders, Marc T. Amy, and Michael G. Sullivan, Judges.

AFFIRMED.

William H. Parker, III
Allen & Gooch
Post Office Drawer 3768
Lafayette, Louisiana 70502
(337) 291-1270
Counsel for Defendant/Appellant:
    Allen Canning Company

Norris J. Greenhouse
Greenhouse Law Office
Post Office Box 444
Marksville, Louisiana 71351
(318) 253-6394
Counsel for Plaintiff/Appellee:
    Almenthia A. Johnson

**Cynthia T. Batiste**
**Louisiana Department of Labor**
**Post Office Box 94094**
**Baton Rouge, Louisiana  70804**
**(225) 342-3044**
**Counsel for Defendant/Appellee:**
**        Louisiana Department of Labor**